### DEBLIEUX vs. CASE.

There cannot be a variance between the instrument sued on and that given in evidence, when it is made a part of the petition.

APPEAL from the court of the 6th district—the judge of said district presiding.

PORTER, J. delivered the opinion of the court. The plaintiff was nonsuited in the court below, and he appealed. An examination of the case induces us to believe the judge erred. We can discover no variance between the note set out in the petition, and that read in evidence. Indeed we do not see how such a question could have arisen, for the note itself " was annexed to, and made a part of the petition."

But, on looking into the record, to see what judgment we ought to pronounce, we find the case so placed before us, that the merits cannot be enquired into. An important document, viz. the decree of separation between the de-

fendant and her husband, is wanting. Two years ago, the appellant applied for and obtained a *certiorari*, to supply the dimunition of the record. The return to it shews the document just spoken of, to have been read in evidence, but does not annex it.

It is, therefore, ordered, adjudged, and decreed, that the appeal be dismissed with costs.

*Debleux* for the plaintiff—*Rost* for the defendant.